THE PEOPLE OF THE STATE OF NEW YORK, Respondent,
   v. THE BOARD OF EDUCATION OF UNION FREE SCHOOL
   DISTRICT NUMBER ONE OF THE TOWN OF MORAVIA,
   COUNTY OF CAYUGA, STATE OF NEW YORK, Appellant.

*People v. Board of Education, etc., Moravia,* 173 App. Div. 1003, affirmed.

   (Argued December 3, 1917; decided December 18, 1917.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the fourth judicial department, entered May 31, 1916, which affirmed a judgment of the court at a Trial Term rendered upon a verdict convicting the defendant of the crime of maintaining a public nuisance. The defendant maintained a school building, a private sewer from which emptied into a creek which flowed into Owasco lake from which the city of Auburn procures its water supply. This prosecution involved chiefly the right of a person or corporation to empty large and continuous masses of human excreta into a body of water legally used as the source of water supply for a considerable number of persons, thereby constantly subjecting them to the danger of intestinal and other diseases.

*Hull Greenfield* for appellant.
*Albert H. Clark* for respondent.

Judgment affirmed; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, HOGAN, POUND, McLAUGHLIN and CRANE, JJ.